FILED'09 APR 17 15:21 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,   Criminal No. 08-30026-PA

    Plaintiff,   ORDER

v.

RONALD ALLAN GREEN,

    Defendant.

PANNER, Judge:

    Defendant Ronald Allan Green, represented by Donald Scales, appeared before Magistrate Judge Mark Clarke at 1:30 pm on April 7, 2009, for a change of plea under Federal Rule of Criminal Procedure 11. The government was represented by Byron Chatfield. Mr. Scales indicated that defendant Green wanted to address the court before signing the Plea Petition or the Plea Agreement and moving forward with the hearing. Defendant Green proceeded to advise the court that he had recently been "hearing voices" that he felt might interfere with his ability to fully understand the plea documents and the court. Magistrate Judge

Clarke, after conferring with counsel, postponed the change of plea hearing.

Magistrate Judge Clarke indicated on the record that defendant Green had always appeared to fully understand all prior court appearances but that because defendant Green put his mental status at issue, a supplemental mental examination was appropriate to evaluate his ability to understand the court and to enter a change of plea. I agree, and order defendant Green to participate and cooperate in a supplemental mental examination by Dr. Jerry Larsen to be arranged as soon as possible by Mr. Scales to take place here in Medford while defendant remains in custody at the direction of the U.S. Marshals Service. Mr. Scales shall then promptly provide the court and the government with a complete copy of the original and supplemental report by Dr. Larsen.

IT IS SO ORDERED.

DATED this 17 day of April, 2009.

OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

Order - Page 2